UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
_USA_,
Plaintiff(s),

v.

_Luis Ortiz_
Defendant(s).
------------------------------------------------------x

USDC
DOC
4/10/20

**CALENDAR NOTICE**

_19 CR 244_ (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/ re-scheduled for:

___ Status conference      ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument      ___ Plea hearing

___ Bench ruling on motion      ✓ Sentencing

on _6/23_, 20_20_, at _2:30 PM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _5/22/20_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _4-10-_, 20_20_
White Plains, NY

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge