

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

<div style="text-align: right">

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

</div>

May 15, 2020

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> APPLICATION GRANTED
> Sentencing adjourned to 10/14/2020 at 2:30 pm.
> SO ORDERED:
>
> _/s/ Vincent L. Briccetti_
>
> Vincent L. Briccetti, U.S.D.J.          5/15/2020

Re:   *United States* v. *Luis Ortiz, et al.*, 19 Cr. 244 (VB)

Dear Judge Briccetti,

    The Government writes to submit the parties' joint request that defendant Luis Ortiz's sentencing, which is currently scheduled to proceed on June 23, 2020 by videoconference, be adjourned to a later date at which Ortiz will be able to be physically present for the sentencing proceedings. The Government respectfully proposes that the sentencing be rescheduled to a date and time that works best for the Court during the week of October 12, 2020, if possible. As noted above, defense counsel joins in this request.

<div style="margin-left: 50%">

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

      /s/
_____
Emily Deininger / Courtney Heavey
Assistant United States Attorneys
(212) 637-2472 / (913) 993-1927

</div>